RECEIVED

JUL 1 5 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
JUL 15 2015
DEBRA SPISAK, CLERK

Tyndall Clark
#0057317
100 North Lamar St.
Fort Worth, Texas
76196

Court of Appeals
Second District of Texas
    Office of Clerk of Court
C/O Ms. Debra Spisak
401 West Belknap. Street
Suite # 9000
Fort Worth, Texas
                76196

July 9-2015

Subject:    Court of Appeals Num.# 02-15-00192-CV;

        Dear Ms. Spisak;

        Ma'am, in Answer to Document dated "July 1-2015" concerning "Corrected Notice".
        Please find enclosed "Photocopy" of "Envelope's" "Stamped and Dated" of "Notice of Appeal", forwarded to ① Thomas A. Wilder, and ② Valerie Bastian on June 2-2015.
        As I am an indigent, pretrial detainee and have no proceeds to forward documents of my own accord I am forced to await when detainees are to attend "Law Library" to aquire the necessary supplys to draft my legal Documents with as well as supplys ("IK" ENVElopes) to forward said documents with affixed postage.

                            Page#1 of 2

Furthermore as a result

<u>RESPONSE</u>

#1    The plaintiff prays the courts will consider as the Notice of Appeal was forwarded within 10 days of June 1-2015 deadline.

#2    The plaintiff had no control as to make the Personal of Tarrant County Corrections Center to post said Notice of Appeal.

#3    That the courts will rule in favor to allow plaintiffs Notice of appeal to be entered into courts records and allowed to proceed.

I appreciate your patience and humbly request a copy of these documents be returned by United States Postal Service avenues as soon as possible.
    Beforehand thank you for your valuable attention-time and assistance

Most Sincerely

Tyndall T. Clark

Lyndall T CLARK
RESPONDANT Pro Se

#0057317
100 North Lamar St.
Fort Worth Texas

Tyndall Clark
#0657317
100 N. Lamar St
Fort Worth Tx
76102

RECD JUN 20 2019

LEGAL MAIL

Valerie Baston
AD.A. Tarrant County District Attorney
Criminal Division
P.O. Box 24148
Fort Worth Texas
76124

LEGAL MAIL

Tyndall T. Clark
#0657317
100 N. Lamar St
Fort Worth Tx 76102

Thomas A. Wilder
Clerk of Court
Tarrant County Texas
401 West Belknap St.
Fort Worth Texas 76196

LEGAL MAIL

1998 Dodge Ram 1500 §    Court of Appeals
                            Second District
        v.        §    of Texas, County
                          of Tarrant...

The State of Texas    §

Court of Appeals No.# 02-15-00192-CV
Trial Court Case No# 0213-5-12653-14

## RESPONSE SHOWING A REASONABE EXPLANATION:

Now Comes, Lyndoll T. CLARK, Pro Se, Respondent herein, Respectfully ask the Courts...

#1    Respondant request the Courts to review and submit, evidence, "IE Tarrant County Corrections Center, Law Library, photocopy, Dated June 2-2015, of envelapes Containing actual "Motice OF APPEAL" documents to, Thomas A. Wilder, Clerk of Courts, and Valerie Baston A.D.A. Tarrant County District Attorney, Civil Division...

#2    Respondant denies Motice of Appeal being filed not in time.

#3    Respondant admits Motice of Appeal to being filed, within 10 days of due date, June 1-2015

#4    Respondant denies having Central orey Privledge Legal Indegent correspondance...

#5 Respondant denies to having any contrual as when Tarrant County Sheriffs Office, Corrections Center Indigant pre-trial detainees mail is posted and forwarded...

#6 Respondant now submits physical evidence, "IE" photo copy of "reciept" for the Courts review of Notice of appeal, Tex. R. App. P. 25.1(c), Tex. R. Civ. P. 5; Tex. R App. P. 9.2(b)...

#7 Pursuant to rule 9.2(b)(2), A reciept for express, registered, or certified Mail that is embraced by the United States Postal Service...

## Prayer For Relief

Wherefore Premises Considered, Respondant Respectfully Prays the Court allow him to file this Response Showing A Resonable Explanation. Furthermore that this Court Find in Respondants favor and So Order Respondants property, 1998 Dodge Ram 1500 Bearing V.I.N. 3B7HC12Y8WM236940 Tx Licence Plate CA78188 be awarded and returned as his rightful property and that the State take Nothing from this Action. Respondant Further Prays the State reimburse him for Punitive damages in the amount of 10.000 00/xxx from its actions of unlawful seizure.

Submitted by;

Lyndoll T. Clark

Lyndoll T. Clark
#0057317
100 North Lamar St.
Fort Worth, Texas
76196
Respondant Pro Se

Certificate of Service

I Lyndoll T. Clark, upon Oath, certifies, that a true and correct copy of the above instrument was served on the following parties, sent by United States Postal Service, Postage Pre paid:

Dated July 4 - 2015

Lyndoll T. Clark

Lyndoll T. Clark
Respondant Pro Se

Parties:

Thomas A. Wilder
Clerk of District Court
Criminal District Clerk

Tarrant County, Texas
Tim Curry Criminal Justice Center
401 West Belknap, 3rd Floor
Fort Worth, Texas
                        76196-0402

Court of Appeals
Second District of Texas
   Clerk of Court
c/o Ms. Debra Spisak
Tim Curry Criminal Justice Center
401 West Belknap, Suite 9000
Fort Worth, Texas
                   76196-0211

Court Reporter, # 213 District Court
Tim Curry Criminal Justice Center
401 West Belknap St.
   Fort Worth, Texas
                   76196-0217

Ann Wright
Assistant Criminal District Attorney
Tarrant County Narcotics Unit
P.O. Box 24148
Fort Worth, Texas 76124

Valerie Baston
A.D.A. Tarrant County District Attorney
Civil Division
P.O. Box 24148
Fort Worth, Texas
                   76124

Honorable Louis E. Sturns

Judge #213 Criminal District Court
Tim Curry Criminal Justice Center
401 West Belknap Street
Fort Worth, Texas
76196